# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JASON CHARLES ANDREWS

VERSUS

JENNIFER HARRIS ANDREWS

NO.  2022 CW 0285

**JUNE 6, 2022**

---

In Re:    Jennifer  Harris  Andrews,  applying  for  supervisory
          writs,  22nd  Judicial  District  Court,  Parish  of  St.
          Tammany, No. 2015-11171.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**STAY DENIED; WRIT DENIED.**

**PMc**
**JEW**

**Theriot,  J.,**  would  not  consider  this  writ,  as  the
application failed to include a copy of the signed judgment, in
violation  of  Rule  4-5(6)  of  the  Uniform  Rules  of  Louisiana
Courts of Appeal.

COURT OF APPEAL, FIRST CIRCUIT

a. Sm

---
DEPUTY CLERK OF COURT
   FOR THE COURT